# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CALVIN SMITH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-54 |
| v. | * | |
| BRUNSWICK JUDICIAL CIRCUIT, et al., | * | |
| Defendants. | * | |

### ORDER

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's July 13, 2021 Report and Recommendation. Dkt. No. 40. On March 18, 2021, the Court ordered Plaintiff to submit a Second Amended Complaint due to deficiencies in Plaintiff's previous complaints. Dkt. No. 24. The Court granted Plaintiff multiple extensions to comply. Dkt. Nos. 26, 36. Because Plaintiff never submitted a Second Amended Complaint, the Magistrate Judge recommended dismissal due to Plaintiff's failure to comply with the March 18, 2021 Order. Dkt. No. 39.

In his Objections, Plaintiff asserts he did mail the Second Amended Complaint and was transferred to another facility during the relevant time period. Dkt. No. 40. However, Plaintiff has

still not submitted a Second Amended Complaint. To date, he has still failed to comply with the Court's March 18, 2021, despite having ample opportunity to do so.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's July 13, 2021 Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this \_\_\_9\_\_\_ day of \_\_\_August\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA